AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:20-cv-00214

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Department of Children and Family Services State of Department of Children + Family Services Through Marketa Garner Walters
was received by me on *(date)* 7-16-20

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* James Hoffman, Supervisor of Attorney who is designated by law to accept service of process on behalf of *(name of organization)* Dept. of Children + Family Services State of LA @ 3:45 p.m. on *(date)* 7-17-20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-20-20

_____
Server's signature

Theodore Free, Private Process Server
Printed name and title

The Northshore Group
1304 Champagne Street
Covington, LA 70433

Server's address

Additional information regarding attempted service, etc: